EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> José G. Izquierdo Stella | 2005 TSPR 81 <br><br> 164 DPR _____ |

Número del Caso: TS-2007

Fecha: 7 de junio de 2005

Abogado del Peticionario:

        Por Derecho Propio

Oficina de Inspección de Notarías:

        Lcda. Carmen H. Carlos
        Directora

Materia: Reinstalación al ejercicio de la abogacía y de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José G. Izquierdo Stella          TS-2007

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de junio de 2005.

Habiendo transcurrido el término de suspensión de tres (3) meses del ejercicio de la abogacía del Sr. José G. Izquierdo Stella, decretado mediante Opinión Per Curiam y Sentencia de fecha 28 de julio de 2004, y en vista de que la Oficina de Inspección de Notarías nos ha informado que aprobó la obra notarial el 28 de febrero de 2005, se accede a la Moción de Reinstalación de éste al ejercicio de la abogacía y de la notaría, a partir de la notificación de la presente Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo